A CERTIFIED TRUE COPY

OCT 18 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA   SEP 30 2005

2005 OCT 26 PM 1:46   FILED
CLERK'S OFFICE

LORETTA G. WHYTE
CLERK

**DOCKET NO. 1657**

*JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE VIOXX PRODUCTS LIABILITY LITIGATION*

### *(SEE ATTACHED SCHEDULE)*

### *CONDITIONAL TRANSFER ORDER (CTO-25)*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,668 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 18 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

NOV 4 2005

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

Fee
Process
X Dktd
CtRmDep
Doc. No

## SCHEDULE CTO-25 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

*EDLA*
*SEC. L/3*

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN   4   05-1762 | Terry Poffinbargar v. Merck & Co., Inc. | 05-5060 |
| **ARKANSAS EASTERN** | | |
| ARE   3   05-193 | Marion Keith v. Merck & Co., Inc. | 05-5061 |
| ARE   4   05-1140 | James Oaks, et al. v. Merck & Co., Inc. | 05-5062 |
| **ARKANSAS WESTERN** | | |
| ARW   4   05-4061 | Phillis Auld, et al. v. Merck & Co., Inc. | 05-5063 |
| ARW   5   05-5148 | Willard Jones v. Merck & Co., Inc. | 05-5064 |
| ARW   6   05-6063 | William Branstetter v. Merck & Co., Inc. | 05-5065 |
| **CALIFORNIA CENTRAL** | | |
| CAC   2   05-6415 | Martin H. Suer, et al. v. Merck & Co., Inc. | 05-5066 |
| **CALIFORNIA NORTHERN** | | |
| CAN   3   05-3413 | John Morris v. Merck & Co., Inc. | 05-5067 |
| CAN   3   05-3487 | Kathleen Carter v. Merck & Co., Inc. | 05-5068 |
| CAN   3   05-3489 | Maxine Beauchamp v. Merck & Co., Inc. | 05-5069 |
| CAN   3   05-3490 | John Van Ornum v. Merck & Co., Inc. | 05-5070 |
| CAN   3   05-3553 | Riley A. Chavis v. Merck & Co., Inc. | 05-5071 |
| **COLORADO** | | |
| ~~CO   1   05-1626~~ | ~~Melinda Cole v. Merck & Co., Inc.~~ Vacated 10/13/05 | |
| **CONNECTICUT** | | |
| CT   3   05-1334 | Judith Lynch, et al. v. Merck & Co., Inc. | 05-5072 |
| **FLORIDA MIDDLE** | | |
| FLM   3   05-784 | Herbert Furman v. Merck & Co., Inc. | 05-5073 |
| **FLORIDA NORTHERN** | | |
| FLN   5   05-178 | Genetta Hearns v. Merck & Co., Inc. | 05-5074 |
| **FLORIDA SOUTHERN** | | |
| FLS   1   05-22367 | Gustavo Sanchez, et al. v. Merck & Co., Inc. | 05-5075 |
| FLS   1   05-22435 | Sergio Manas, et al. v. Merck & Co., Inc. | 05-5076 |
| FLS   1   05-22436 | Jane Minear v. Merck & Co., Inc. | 05-5077 |
| FLS   1   05-22437 | Jean Grant v. Merck & Co., Inc. | 05-5078 |
| **GEORGIA NORTHERN** | | |
| GAN   1   05-2299 | Florence Blankson, et al. v. Merck & Co., Inc. | 05-5079 |
| GAN   1   05-2300 | Hollis Mathis v. Merck & Co., Inc. | 05-5080 |
| **GEORGIA SOUTHERN** | | |
| GAS   2   05-173 | Fred A. Todd v. Merck & Co., Inc. | 05-5081 |
| GAS   4   05-157 | Sheryl Byous v. Merck & Co., Inc. | 05-5082 |
| **ILLINOIS NORTHERN** | | |
| ILN   1   05-4966 | Ralph De Toledo v. Merck & Co., Inc. | 05-5083 |
| ILN   1   05-5087 | Virginia Knotts v. Merck & Co., Inc. | 05-5084 |
| ~~ILN   1   05-5092~~ | ~~Kerry Brunton, et al. v. Merck & Co., Inc.~~ Vacated 10/18/05 | |

SCHEDULE CTO-25 TAG-ALONG ACTIONS (MDL-1657)                              PAGE 2 of 4

*EDLA*
*SEC. L/3*

DIST. DIV. C.A. #          CASE CAPTION

**ILLINOIS SOUTHERN**
~~ILS   3   05-620~~          ~~Frank Schwaller, etc. v. Merck & Co., Inc., et al.~~ Opposed 10/13/05
~~ILS   3   05-628~~          ~~Loretta Davis v. Merck & Co., Inc. et al.~~ Opposed 10/18/05
~~ILS   3   05-645~~          ~~Elvin Elswick v. Merck & Co., Inc., et al.~~ Opposed 10/13/05

**INDIANA SOUTHERN**
INS   1   05-1332          Ruth Vaughn, etc. v. Merck & Co., Inc.                    *05-5085*
INS   2   05-198           Kenneth Charles Troye v. Merck & Co., Inc.                *05-5086*

**KENTUCKY WESTERN**
KYW 1   05-133            Lila Goodrum v. Merck & Co., Inc.                          *05-5087*
~~KYW 1   05-136~~            ~~Elvis Meadors v. Merck & Co., Inc., et al.~~ Opposed 10/14/05
KYW 3   05-499            James Lanoye v. Merck & Co., Inc.                          *05-5088*
KYW 3   05-512            Daryl V. McMasters, et al. v. Merck & Co., Inc.            *05-5089*
KYW 4   05-126            Tina Kasinger v. Merck & Co., Inc.                         *05-5090*
KYW 5   05-178            Roy Spain, et al. v. Merck & Co., Inc.                     *05-5091*

**LOUISIANA MIDDLE**
LAM 3   05-1046           Agnes I. Jenks v. Merck & Co., Inc.                        *05-5092*
LAM 3   05-1060           Ronald Atwood, et al. v. Merck & Co., Inc.                 *05-5093*
LAM 3   05-1061           Alced Lafitte, et al. v. Merck & Co., Inc.                 *05-5094*

**MARYLAND**
MD   1   05-2454          Jerry Langley v. Merck & Co., Inc.                         *05-5095*
MD   1   05-2455          Barbara Rotondo, et al. v. Merck & Co., Inc.               *05-5096*
MD   1   05-2456          Elsie Kelly v. Merck & Co., Inc.                           *05-5097*
MD   1   05-2457          MaryAnn Macijeski, et al. v. Merck & Co., Inc.             *05-5098*
MD   1   05-2458          Leah Moore, et al. v. Merck & Co., Inc.                    *05-5099*
MD   1   05-2459          Robert Berstler, et al. v. Merck & Co., Inc.               *05-5100*
MD   1   05-2460          Patricia James, et al. v. Merck & Co., Inc.                *05-5101*
MD   1   05-2461          Estelle Facenda, et al. v. Merck & Co., Inc.               *05-5102*
MD   1   05-2462          Leo Facenda, et al. v. Merck & Co., Inc.                   *05-5103*
MD   1   05-2463          Frances Ettinger, et al. v. Merck & Co., Inc.              *05-5104*
MD   1   05-2464          Nora Wilson v. Merck & Co., Inc.                           *05-5105*
MD   1   05-2466          Steven Taylor v. Merck & Co., Inc.                         *05-5106*
MD   1   05-2467          William Lane v. Merck & Co., Inc.                          *05-5107*
MD   1   05-2468          Vincent Braungard v. Merck & Co., Inc.                     *05-5108*
MD   1   05-2469          BerniceDrumgoole v. Merck & Co., Inc.                      *05-5109*
MD   1   05-2470          James McKenith v. Merck & Co., Inc.                        *05-5110*
MD   1   05-2471          William Langston v. Merck & Co., Inc.                      *05-5111*
MD   1   05-2472          Bernard Little v. Merck & Co., Inc.                        *05-5112*
MD   1   05-2473          Lois Watkins v. Merck & Co., Inc.                          *05-5113*
MD   1   05-2474          Ronnie Tomlinson v. Merck & Co., Inc.                      *05-5114*
MD   1   05-2475          Doris Biensach, etc. v. Merck & Co., Inc.                  *05-5115*
MD   1   05-2476          Sharon Lawson, etc. v. Merck & Co., Inc.                   *05-5116*
MD   1   05-2477          Jacqueline Bryley, etc. v. Merck & Co., Inc.               *05-5117*
MD   1   05-2478          Johnny Davis, etc. v. Merck & Co., Inc.                    *05-5118*
MD   1   05-2479          Samuel Ashby, et al. v. Merck & Co., Inc.                  *05-5119*
MD   1   05-2480          Patrick Hennemuth v. Merck & Co., Inc.                     *05-5120*
MD   1   05-2482          Noel McDonald v. Merck & Co., Inc.                         *05-5121*

**MINNESOTA**
MN   0   05-1952          William Anderson v. Merck & Co., Inc.                      *05-5122*
MN   0   05-1953          Virginia Siemons v. Merck & Co., Inc.                      *05-5123*
MN   0   05-1954          Gloria Jackson v. Merck & Co., Inc.                        *05-5124*
MN   0   05-1955          Edward St. Louis v. Merck & Co., Inc.                      *05-5125*

SCHEDULE CTO-25 TAG-ALONG ACTIONS  (MDL-1657)                    PAGE 3 of 4

*EDLA*
*SEC L/3*

| DIST. DIV. C.A. # | | | CASE CAPTION | |
|---|---|---|---|---|
| MN | 0 | 05-1956 | Eddie Thomas v. Merck & Co., Inc. | 05-5126 |
| MN | 0 | 05-1957 | James McDonald v. Merck & Co., Inc. | 05-5127 |
| MN | 0 | 05-1958 | Steve Young v. Merck & Co., Inc. | 05-5128 |
| MN | 0 | 05-1959 | Franklin Marana v. Merck & Co., Inc. | 05-5129 |
| MN | 0 | 05-1960 | Diann S. Williams v. Merck & Co., Inc. | 05-5130 |
| MN | 0 | 05-1961 | Annette Day v. Merck & Co., Inc. | 05-5131 |
| MN | 0 | 05-1971 | Douglas Peterson v. Merck & Co., Inc. | 05-5132 |
| MN | 0 | 05-2014 | Sylvia Latimore v. Merck & Co., Inc. | 05-5133 |
| MN | 0 | 05-2024 | Mary Faircloth, etc. v. Merck & Co., Inc. | 05-5134 |
| MN | 0 | 05-2027 | Gail Gregor, M.D. v. Merck & Co., Inc. | 05-5135 |
| MN | 0 | 05-2030 | Richard W.  Roy v. Merck & Co., Inc. | 05-5136 |

**MISSOURI EASTERN**

| | | | | |
|---|---|---|---|---|
| MOE | 2 | 05-56 | Tammy Hunter v. Merck & Co., Inc. | 05-5137 |
| ~~MOE~~ | ~~4~~ | ~~05-1291~~ | ~~Tyrone Dawson, et al. v. Merck & Co., Inc., et al.~~ Opposed 10/18/05 | |
| MOE | 4 | 05-1355 | Donna Wille v. Merck & Co., Inc. | 05-5138 |
| MOE | 4 | 05-1362 | Flossie Batt, et al. v. Merck & Co., Inc. | 05-5139 |
| MOE | 4 | 05-1377 | Felix Graham v. Merck & Co., Inc. | 05-5140 |

**MISSOURI WESTERN**

| | | | | |
|---|---|---|---|---|
| MOW | 2 | 05-4264 | Michael Bridgman, et al. v. Merck & Co., Inc. | 05-5141 |
| MOW | 3 | 05-5112 | Wanda Watts, et al. v. Merck & Co., Inc. | 05-5142 |
| MOW | 4 | 05-764 | Patricia Newman v. Merck & Co., Inc. | 05-5143 |
| MOW | 4 | 05-765 | Anthony Lipari v. Merck & Co., Inc. | 05-5144 |
| MOW | 4 | 05-766 | Ethel McGinnis v. Merck & Co., Inc. | 05-5145 |
| MOW | 4 | 05-779 | Katherine Arnold v. Merck & Co., Inc. | 05-5146 |
| MOW | 4 | 05-790 | Lawanna Barr v. Merck & Co., Inc. | 05-5147 |
| MOW | 5 | 05-6093 | Steven Benge, et al. v. Merck & Co., Inc. | 05-5148 |
| MOW | 5 | 05-6094 | Susan A. Thomas v. Merck & Co., Inc. | 05-5149 |
| MOW | 6 | 05-3398 | Jennifer Jensen v. Merck & Co., Inc. | 05-5150 |
| MOW | 6 | 05-3399 | Paula Hammer v. Merck & Co., Inc. | 05-5151 |

**NEW JERSEY**

| | | | | |
|---|---|---|---|---|
| NJ | 3 | 05-4166 | Willie Curtis, et al. v. Merck & Co., Inc. | 05-5152 |
| NJ | 3 | 05-4188 | Joseph Michael Pitone v. Merck & Co., Inc. | 05-5153 |

**NEW YORK EASTERN**

| | | | | |
|---|---|---|---|---|
| NYE | 1 | 05-4042 | Richard Hyams, et al. v. Merck & Co., Inc. | 05-5154 |
| NYE | 1 | 05-4043 | Paul Helfenbein v. Merck & Co., Inc. | 05-5155 |
| NYE | 1 | 05-4047 | Emartel Vilce, et al. v. Merck & Co., Inc. | 05-5156 |
| NYE | 1 | 05-4048 | Alfred Kempski, et al. v. Merck & Co., Inc. | 05-5157 |
| NYE | 1 | 05-4049 | Chin-Lung Lee, et al. v. Merck & Co., Inc. | 05-5158 |
| NYE | 1 | 05-4064 | Paul Padgur, et al. v. Merck & Co., Inc. | 05-5159 |
| NYE | 1 | 05-4080 | Michael Millazzo v. Merck & Co., Inc. | 05-5160 |
| NYE | 1 | 05-4081 | Michael Maguire, et al. v. Merck & Co., Inc. | 05-5161 |
| NYE | 1 | 05-4082 | Mavis Love v. Merck & Co., Inc. | 05-5162 |
| NYE | 1 | 05-4089 | Sharon Asbury, et al. v. Merck & Co., Inc. | 05-5163 |
| NYE | 1 | 05-4092 | David Fulllington, et al. v. Merck & Co., Inc. | 05-5164 |

**NEW YORK SOUTHERN**

| | | | | |
|---|---|---|---|---|
| NYS | 1 | 05-7554 | Judith Edwards v. Merck & Co., Inc. | 05-5165 |
| NYS | 1 | 05-7555 | Jeffrey Stark, et al. v. Merck & Co., Inc. | 05-5166 |
| NYS | 1 | 05-7556 | Gloria Martinez, et al. v. Merck & Co., Inc. | 05-5167 |
| NYS | 1 | 05-7558 | Eugene H. Purvis, et al. v. Merck & Co., Inc. | 05-5168 |
| NYS | 1 | 05-7690 | Armando Sanchez, et al. v. Merck & Co., Inc. | 05-5169 |
| NYS | 1 | 05-7805 | Dr. Marc K. Wallack, et al. v. Merck & Co., Inc. | 05-5170 |

SCHEDULE CTO-25 TAG-ALONG ACTIONS (MDL-1657)

*E D L A*
*SEc L/3*

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **OHIO NORTHERN** | | |
| OHN 1 05-2054 | Joseph Balint, etc. v. Merck & Co., Inc. | 05-5171 |
| OHN 1 05-2063 | Vivian Russell v. Merck & Co., Inc. | 05-5172 |
| **OHIO SOUTHERN** | | |
| OHS 2 05-792 | Roberta L. Trapp v. Merck & Co., Inc. | 05-5173 |
| **OKLAHOMA WESTERN** | | |
| OKW 5 05-1014 | Carolyn Jones v. Merck & Co., Inc. | 05-5174 |
| OKW 5 05-1020 | Harold U. Brown v. Merck & Co., Inc. | 05-5175 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 05-4372 | Ronald Williams, et al. v. Merck & Co., Inc., et al. | 05-5176 |
| PAE 2 05-4550 | Melrose Stewart, et al. v. Merck & Co., Inc., et al. | 05-5177 |
| **TENNESSEE EASTERN** | | |
| TNE 1 05-230 | Shirley Swafford, et al. v. Merck & Co., Inc. | 05-5178 |
| **TENNESSEE MIDDLE** | | |
| TNM 2 05-90 | Arthur J. Mooney, et al. v. Merck & Co., Inc. | 05-5179 |
| **TEXAS EASTERN** | | |
| TXE 2 05-403 | Manuel Olivo, et al. v. Merck & Co., Inc., et al. | 05-5180 |
| TXE 2 05-404 | Stevan P. Rios, et al. v. Merck & Co., Inc., et al. | 05-5181 |
| TXE 2 05-421 | Ron Sansom, et al. v. Merck & Co., Inc. | 05-5182 |
| **TEXAS NORTHERN** | | |
| TXN 2 05-236 | Myrna Washburn, etc. v. Merck & Co., Inc. | 05-5183 |
| TXN 3 05-1684 | Romy Ramirez Cuajunco v. Merck & Co., Inc. | 05-5184 |
| **WASHINGTON EASTERN** | | |
| WAE 2 05-271 | Judith Snyder v. Merck & Co., Inc. | 05-5185 |
| **WASHINGTON WESTERN** | | |
| WAW 2 05-1447 | John Hendricks, et al. v. Merck & Co., Inc. | 05-5186 |
| WAW 2 05-1449 | Harold Benedict, et al. v. Merck & Co., Inc. | 05-5187 |
| WAW 2 05-1450 | De Phae Craig, et al. v. Merck & Co., Inc. | 05-5188 |
| WAW 3 05-5559 | Michael Coburn, et al. v. Merck & Co., Inc. | 05-5189 |
| **WEST VIRGINIA NORTHERN** | | |
| WVN 5 05-136 | Milton McCracken v. Merck & Co., Inc. | 05-5190 |